# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 15, 2010

By the Court:

No. 09-3847

| | | |
|---|---|---|
| GREGORY J. TURLEY, | | Appeal from the United States District Court for the Southern |
| *Plaintiff-Appellant*, | | District of Illinois. |
| | v. | No. 3:09-cv-00829–GPM |
| DONALD GAETZ, et al., | | G. Patrick Murphy, *Judge.* |
| *Defendants-Appellees*. | | |

O R D E R

The opinion of this court issued on October 14, 2010, is **WITHDRAWN**. This appeal remains under advisement.